UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

280 MEEKER LLC,

                Plaintiff,

-v-

                CIVIL ACTION NO.: 23 Civ. 00148 (PAE) (SLC)

UMB BANK, N.A., AS TRUSTEE,

                **ORDER**

                Defendant.

**SARAH L. CAVE,** United States Magistrate Judge.

This action has been referred to the undersigned for settlement. (ECF No. 21). Accordingly, a Telephone Conference to schedule a Settlement Conference is scheduled for **Monday, May 1, 2023 at 10:00 a.m.** on the Court's conference line. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time. The parties shall be prepared to discuss their availability, and that of their clients, for a Settlement Conference, as well as their preferred format for the Settlement Conference (in-person, by telephone, or by videoconference hosted either by the Court on Microsoft Teams or by the parties on an alternative platform).

Dated:     New York, New York
            April 6, 2023

                                          SO ORDERED.

                                          _____
                                          **SARAH L. CAVE**
                                          **United States Magistrate Judge**