UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

280 MEEKER LLC,

                Plaintiff,

-v-                                          CIVIL ACTION NO.: 23 Civ. 148 (PAE) (SLC)

UMB BANK, N.A.,                         **ORDER**

                Defendant.

**SARAH L. CAVE,** United States Magistrate Judge.

A telephone conference is scheduled for **Friday, August 18, 2023 at 4:30 pm** on the Court's conference line to discuss the parties' dispute regarding the scope of their settlement agreement (the "Dispute"). The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time. By **August 16, 2023**, the parties shall email to Chambers (Cave_NYSDChambers@nysd.uscourts.gov) a joint letter, no longer than three (3) pages, outlining the Dispute.

Dated:       New York, New York
                August 8, 2023

                                                      SO ORDERED.

                                                      SARAH L. CAVE
                                                      United States Magistrate Judge