UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

280 MEEKER LLC,

                Plaintiff,

-v-

UMB BANK, N.A.,

                Defendant.

CIVIL ACTION NO.: 23 Civ. 148 (PAE) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

A telephone conference is scheduled for **Thursday, August 24, 2023 at 3:00 pm** through the Court's Microsoft Teams platform to discuss the parties' dispute regarding the scope of their settlement agreement. The parties are directed to call: (646) 453-4442; conference ID: 665 063 463#, at the scheduled time. <u>Client attendance is required</u>. By **August 22, 2023**, each party shall complete and email to chambers (Cave_NYSDChambers@nysd.uscourts.gov) the annexed Attendance Acknowledgement Form with the name and phone numbers of the individuals who will be attending the conference.

Dated:     New York, New York
             August 18, 2023

SO ORDERED.

_/s/ Sarah L. Cave_
SARAH L. CAVE
United States Magistrate Judge

**ATTENDANCE ACKNOWLEDGMENT FORM**

**CASE NAME:** _____

**DOCKET NUMBER**: _____

I represent the ☐ Plaintiff ☐ Defendant

☐ I acknowledge that I am attending a telephone settlement conference **through the Court's Microsoft Teams platform** on _____ at _____.

Please provide the name of any co-counsel who will attend the conference with you.

_____
_____
_____

☐ I acknowledge that my client, and any other relevant decisionmakers, will attend the settlement conference.

Please provide the name and title, if applicable, of the individuals who will attend:

_____
_____
_____

Next to the name of each conference participant, please indicate the last four digits of the phone number from which they will be calling into the conference, <u>e.g.</u>, John Doe (1234).

_____          _____
Signature                                                          Date

_____
Name (print)

2